■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD JACKSON, Appellant. [643 NYS2d 342]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The element of displaying what appeared to be a firearm (Penal Law § 160.15 [4]) was satisfied by testimony by a complainant as to defendant's conduct and statements during the crime. Credibility issues concerning the complainant's testimony were properly presented to the jury, and we see no reason to disturb its verdict. Concur—Murphy, P. J., Wallach, Rubin, Williams and Mazzarelli, JJ.